No. 88–870. LONGO ET AL. *v.* UNITED STATES ET AL. C. A. 2d Cir. [Certiorari granted, 489 U. S. 1064.] Motion of petitioners for leave to file a reply brief out of time granted.

No. 88–931. CRANDON ET AL. *v.* UNITED STATES; and
No. 88–938. BOEING CO., INC. *v.* UNITED STATES. C. A. 4th Cir. [Certiorari granted, 490 U. S. 1003.] Motion of petitioners for divided argument granted.

No. 88–1125. HODGSON ET AL. *v.* MINNESOTA ET AL. C. A. 8th Cir. [Certiorari granted, 492 U. S. 917.] Motion of Alan Ernest for leave to represent children unborn and born alive denied. Motion of Legal Defense for Unborn Children for leave to file a brief as *amicus curiae* denied.

No. 88–1400. FRANCHISE TAX BOARD OF CALIFORNIA ET AL. *v.* ALCAN ALUMINIUM LTD. ET AL. C. A. 7th Cir. [Certiorari granted, 490 U. S. 1019.] Motion of respondents for divided argument denied.

No. 88–1474. UNITED STATES *v.* GOODYEAR TIRE & RUBBER CO. ET AL. C. A. Fed. Cir. [Certiorari granted, 490 U. S. 1045.] Motion of Vulcan Materials Co. for leave to file a brief as *amicus curiae* granted.

No. 88–1775. PEEL *v.* ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF ILLINOIS. Sup. Ct. Ill. [Certiorari granted, 492 U. S. 917.] Motions for leave to file briefs as *amici curiae* filed by the following are granted: Academy of Certified Trial Lawyers of Minnesota, American Advertising Federation, Inc., Public Citizen, Association of Trial Lawyers of America et al., Association of National Advertisers, Inc., and Washington Legal Foundation et al.